# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LUIZ COSTA SOARES,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Respondent. | Case No. CV 23-2550 TJH (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that Respondent's Motion to Dismiss is GRANTED. The First Amended Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
2 Judgment herein on Petitioner and counsel for Respondent.
3
4    LET JUDGMENT BE ENTERED ACCORDINGLY.
5
6 DATED:  APRIL 19, 2024
7
8                                    _____
                                     TERRY J. HATTER, JR.
9                                    UNITED STATES DISTRICT JUDGE