JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LUIZ COSTA SOARES, | Case No. CV 23-2550 TJH (PVC) |
| Petitioner, | |
| v. | **JUDGMENT  [JS-6]** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: APRIL 19, 2024

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE